1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1362
8   Fax: (415) 703-1234
    Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT LYMAN,** | C 08-2478 JSW |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| **LARRY SCRIBNER, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until September 16, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. Petitioner's counsel does not oppose the extension request.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including September 16, 2008, in which to file the answer or other responsive pleading.

1   Dated: July 18, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6

7   GREGORY A. OTT
    Deputy Attorney General

8

9   /s/ Peggy S. Ruffra
    PEGGY S. RUFFRA
10  Supervising Deputy Attorney General

11  Attorneys for Respondent

App. for Ext. of Time to File Response to Order to Show Cause - C 08-2478 JSW

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1362
8   Fax: (415) 703-1234
    Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   **ROBERT LYMAN,**                          C 08-2478 JSW
14
                              Petitioner,      **DECLARATION OF COUNSEL IN**
15                                             **SUPPORT OF APPLICATION FOR**
              v.                               **EXTENSION OF TIME**
16
   **LARRY SCRIBNER, Warden,**
17
                              Respondent.
18

19         I, Peggy S. Ruffra, declare under penalty of perjury as follows:

20         I am a Supervising Deputy Attorney General for the State of California and am assigned

21  to represent respondent in this case.

22         Petitioner is a state prisoner who pled guilty to assault likely to produce great bodily injury

23  and a great bodily injury enhancement. He was sentenced in 2006 to five years in state prison. He

24  did not pursue a direct appeal, but filed petitions for writs of habeas corpus in the state superior,

25  appellate, and supreme courts.

26         Petitioner claims he received ineffective assistance of counsel in connection with the

27  guilty plea. On May 19, 2008, this Court issued an Order to Show Cause. The response is currently

28  due on July 19, 2008.

Dec. of Counsel in Support of App. for Ext. of Time - C 08-2478 JSW

1  Because there was no direct appeal, the California Attorney General's Office has not made a prior appearance in this case, and is not in possession of any records of the state court proceedings. On May 30, 2008, I called petitioner's federal habeas counsel, Paul McCarthy, and asked him to send me a copy of the superior court file; he agreed. I did not receive those records in the next two weeks, and I was out of the office on vacation from June 19, 2008 through July 11, 2008. When I returned to the office on July 14, 2008, I determined that I still had not received those records. I called Mr. McCarthy on July 14, 2008, and again requested a copy of the superior court file; he agreed. To date I have not yet received those records. I am unable to respond to the federal claim without them.

Mr. McCarthy has no objection to this request for an extension of time.

Accordingly, I respectfully request that the Court grant respondent an extension of time to and including September 16, 2008, in which to file a response to the petition.

Dated: July 18, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ Peggy S. Ruffra
PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time - C 08-2478 JSW