1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT LYMAN,**<br><br>                              Petitioner,<br><br>v.<br><br>**LARRY SCRIBNER, Warden,**<br><br>                              Respondent. | C 08-2478 JSW<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE** |

   Good cause appearing, the response to the order to show cause is due on September 16, 2008.  Any opposition or traverse by petitioner will be due 30 days after the response is filed.

   Dated: _____

                                                          _____
                                                          JEFFREY S. WHITE
                                                          United States District Judge

[Proposed] Order Granting Respondent's Application for Extension of Time to File Response to Order to Show Cause
*Lyman v. Scribner* - C 08-2478 JSW