IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYMAN,

    Petitioner,

v.

LARRY SCRIBNER, Warden,

    Respondent.
_____/

No. C 08-02478 JSW

**ORDER SETTING BRIEFING SCHEDULE FOR RESPONDENT'S MOTION TO DISMISS**

This matter is set for a hearing on November 7, 2008 on Respondent's motion to dismiss. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than September 10, 2008 and a reply brief shall be filed by no later than September 17, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE