IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYMAN,

    Petitioner,                                        No. C 08-02478 JSW

    v.

LARRY SCRIBNER, Warden,                  **ORDER VACATING HEARING**

    Respondent.
_____/

    Respondent's motion to dismiss and Petitioner's motion to compel are currently set for hearing on Friday, November 7, 2008 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for November 7, 2008 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: November 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE