IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYMAN,

    Petitioner,                                  No. C 08-02478 JSW

    v.

LARRY SCRIBNER, Warden,                 **JUDGMENT**

    Respondent.

    Pursuant to the Order granting Respondent's motion to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: November 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE