IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYMAN,

    Petitioner,

v.

LARRY SCRIBNER, Warden,

    Respondent.

No. C 08-02478 JSW

**ORDER SETTING BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR AN EXTENSION**

This matter is set for a hearing on March 6, 2009 on Petitioner's motion for an extension. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than January 26, 2009 and a reply brief shall be filed by no later than February 2, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 12, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE